**Order entered December 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01165-CR
No. 05-19-01166-CR
No. 05-19-01167-CR
No. 05-19-01168-CR

**DAVID JASON GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-39433-H, F19-00494-H, F17-39675-H & F17-39676-H**

## ORDER

Before the Court are appellant's December 3, 2019 first motions for extensions of time to file his briefs. We **GRANT** the motions and **ORDER** appellant's brief(s) due on or before December 30, 2019.

/s/    BILL PEDERSEN, III
           JUSTICE